IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHESTER S. VIRCHINSKY, ) | CIVIL 12-00025-DAE-BMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MUTUAL OF OMAHA ) | |
| INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on February 16, 2012, and served concurrently upon those counsel of record who are registered participants of CM/ECF, and served on February 17, 2012 by First Class Mail to those parties of record who are not registered participants of CM/ECF, and no objections having been filed by any party

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO

REMAND CASE BACK TO FIRST CIRCUIT COURT STATE OF HAWAII,"

docket entry no. 19, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 8, 2012.



_____
David Alan Ezra
United States District Judge

Chester S. Virchinsky vs. Mututal of Omaha Insurance Co., Civil No. 12-00025 DAE-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION